SIGNED THIS 29th day of January, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
### Harrisonburg Division

In re:

Jeffrey Scott Ganoe
Wendy Eva Ganoe

Case No. 25-50029-RBC
Chapter 13

Debtor(s)

### ORDER ON CHAPTER 13 PLAN PROVISION INSTRUCTING TRUSTEE TO DISBURSE REGULAR MONTHLY MORTGAGE PAYMENTS

Upon the terms of the Chapter 13 Plan filed herein by the Debtor(s), the Debtor(s) request this ORDER directing that the Chapter 13 Trustee may immediately begin disbursing regular monthly mortgage payments to **Rocket Mortgage, LLC**, (hereafter the "Mortgage Company Servicer") and it appearing to the Court to be proper, it is hereby

### ORDERED THAT:

1. The Chapter 13 Trustee is authorized to commence disbursing regular monthly payments to the Mortgage Company Servicer of **$1,081.76**, or subsequently in such amount as the Mortgage Company provides in writing in its proof of claim or other written notice filed with the Court, beginning with the mortgage payment due for the month of **April 1**, 20**25**, for redacted account number **XXXXXXXXX8846**. These payments shall be mailed to the Mortgage Company Servicer at the following address [as provided by Debtor(s) counsel] **Rocket Mortgage, LLC, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226** or subsequently at such address as the Mortgage Company provides in writing either in its proof of claim or with a notice filed with the Court.

2. These payments may be made (i) whether or not a proof of claim has yet been filed by the Mortgage Company, and (ii) only if the Debtor(s) provide sufficient and timely funds to the Trustee for this purpose.

*** END OF ORDER ***

We ask for this:

/s/ John P. Goetz
John P. Goetz, VSB # 78514
James M. McMinn VSB #84728
John Goetz Law, PLC
86 West Shirley Avenue
Warrenton, VA 20186
T: (540) 359-6605
*Counsel for the Debtor*

SEEN:

/s/ Angela M. Scolforo
Chapter 13 Trustee

United States Bankruptcy Court

Western District of Virginia

| | |
|---|---|
| In re: | Case No. 25-50029-rbc |
| Jeffrey Scott Ganoe | Chapter 13 |
| Wendy Eva Ganoe | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0423-5　　　　　　　　　　User: admin　　　　　　　　　　　　　　　Page 1 of 2
Date Rcvd: Jan 29, 2025　　　　　　　　Form ID: pdf003　　　　　　　　　　　Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol　　　Definition**

\+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey Scott Ganoe, Wendy Eva Ganoe, 1043 Green Spring Road, Winchester, VA 22603-2648 |
| | + | Rocket Mortgage, LLC, attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2025　　　　　　　　Signature:　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela M. Scolforo (499275) | ascolforo@cvillech13.net |
| John Paul Goetz | on behalf of Joint Debtor Wendy Eva Ganoe docs@johngoetzlaw.com john@johngoetzlaw.com, goetzjr45880@notify.bestcase.com,goetzjr75844@notify.bestcase.com |
| John Paul Goetz | on behalf of Debtor Jeffrey Scott Ganoe docs@johngoetzlaw.com john@johngoetzlaw.com, goetzjr45880@notify.bestcase.com,goetzjr75844@notify.bestcase.com |
| Mark David Meyer | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com |

District/off: 0423-5 | User: admin | Page 2 of 2
Date Rcvd: Jan 29, 2025 | Form ID: pdf003 | Total Noticed: 2

USTrustee
    USTPRegion04.RN.ECF@usdoj.gov

TOTAL: 5